**COMMISSIONER OF INTERNAL REVENUE Petitioner, v. GIRARD TRUST COMPANY and Joseph L. Woolston, Executors of the Estate of Beulah H. L. Woolston, Respondents.**

Circuit Court of Appeals, Third Circuit. October 3, 1929.

No. 4025.

Mabel Walker Willebrandt, Asst. Atty. Gen., and Sewall Key and Randolph C. Shaw, Sp. Asst. Attys. Gen. (C. M. Charest, Gen. Counsel, and Prew Savoy, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for petitioner.

Cuthbert H. Latta, Jr., John S. Sinclair and John Snowdon Rhoads, all of Philadelphia, Pa., for respondents.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. Affirmed, on authority of United States v. Provident Trust Co., of Pennsylvania et al. (C. C. A.) 35 F.(2d) 339.